UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WESTCHESTER FIRE INSURANCE COMPANY**,<br><br>                      Plaintiff,<br><br>     v.<br><br>**OMEGA SERVICE MAINTENANCE CORPORATION**, **JHJ ENTERPRISE, LLC**, **TAYLOR MECHANICAL CORPORATION**, **ROBERT STAPLETON**, **JORGE E. TAYLOR**, **CAROL TAYLOR**, and **JORGE B. TAYLOR**,<br><br>                      Defendants. | Civ. Action No.: 14-6406 (FLW)(DEA)<br><br>**JUDGMENT** |

    **THIS MATTER** having been opened to the Court by Michael R. Morano, Esq., counsel for Plaintiff Westchester Fire Insurance Company ("Plaintiff"), on a Motion for Default Judgment; it appearing that Defendants Omega Service Maintenance Corporation, JHJ Enterprise, LLC, Taylor Mechanical Corporation, Robert Stapleton, Jorge E. Taylor, Carol Taylor, and Jorge B. Taylor, (collectively, "Defendants"), having been duly served, have not opposed the Motion; the Court having reviewed the submissions in connection with the Motion, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Order filed on even date, and for good cause shown,

    **IT IS** on this 17th day of March, 2015,

    **ORDERED** and **ADJUDGED** that Defendants are jointly and severally liable to Plaintiff in the amount of $243,854.33.


                                                     /s/ Freda L. Wolfson
                                            The Honorable Freda L. Wolfson
                                            United States District Judge